# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SING CHO NG,

    Plaintiff,

v.

HAGGEN, INC., et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C08-1160-JCC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Report and Recommendation is adopted and approved. Plaintiff's Renewed Motion to Request Extension of Time to Complete Service (Dkt. 29) is DENIED. The complaint and this action are DISMISSED without prejudice. Plaintiff's Renewed Motion to Request Reconsideration of Request for Court-Appointed Attorney (Dkt. 31), and Motion for Filing Additional Pages and Request for Expedite[d] Ruling (Dkt. 32) are DENIED as moot. Plaintiff's remaining motions (Dkt. Nos. 36, 38, 47, 52, & 55) are DENIED as moot.

    Dated this 7th day of April, 2009.

                                                    BRUCE RIFKIN
                                                       Clerk

                                                       *V. Perez*
                                                     Deputy Clerk